UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-992** |
| **JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: "R"(3)** |

### O R D E R

Before the Court is Plaintiff's *Ex Parte* Motion for *In Forma Pauperis* Status. (Rec. Doc. No. 2). 28 U.S.C. § 1915 (a)(2) states in pertinent part that:

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined**.

28 U.S.C. § 1915 (a)(2) (emphasis added). Plaintiff, Joshua Wilson, has failed to submit a certified copy of his trust fund account statement. Accordingly,

**IT IS ORDERED** that Plaintiff's application is **DENIED WITHOUT PREJUDICE** because he has not submitted "a certified copy of the trust fund account (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" as required by 28 U.S.C. § 1915(a)(2).

New Orleans, Louisiana, this 28th day of May, 2021.

**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**