**DOUGLAS, M.J.**
**AUGUST 20, 2021**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSHUA WILSON                                    CIVIL ACTION

VERSUS                                           NO.  21-992

JOSEPH P. LOPINTO, III, ET AL                    SECTION "R" (3)

**O R D E R**

One of the parties to this proceeding does not wish to consent to trial before the

Magistrate Judge under 28 U.S.C. §636(c).

Accordingly, the matter is hereby returned to the docket of the District Judge for the

scheduling of a preliminary conference and the selection of pre-trial and trial dates.

**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**