UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA WILSON                                                    CIVIL ACTION

VERSUS                                                                  NO. 21-992

JOSEPH P. LOPINTO, III, ET AL.                            SECTION "R" (3)

# ORDER

Before the Court is plaintiff Joshua Wilson's unopposed motion to continue trial and other pretrial deadlines.[1] Trial in this matter is set for October 31, 2022.[2] The parties have upcoming discovery and dispositive motion deadlines in late July and August.[3]

Plaintiff represents that his counsel is preparing to withdraw in this matter, and that he is in the process of securing new counsel.[4] Plaintiff therefore asserts that he will need additional time to comply with the deadlines as currently scheduled.[5] Defendants request that all pretrial deadlines be continued without a date until it is determined whether plaintiff will obtain new counsel.[6]

---

[1]   R. Doc. 20.
[2]   R. Doc. 19 at 3.
[3]   *Id.* at 1-2.
[4]   R. Doc. 20 at 2.
[5]   *Id.*
[6]   *Id.*

Rule 16(b)(4) of the Federal Rules of Civil Procedure allows a district court to modify the scheduling order "for good cause." The Court finds that plaintiff's counsel's withdrawal constitutes good cause to continue the trial and pretrial dates set out in the Court's scheduling order.[7] The Court therefore GRANTS the motion.

A scheduling conference will be held **BY TELEPHONE** for the purpose of rescheduling the continued deadlines, a pretrial conference, and trial on the merits. The parties are ORDERED to inform the Court either when plaintiff has obtained counsel, or when the parties are otherwise prepared to set a new scheduling order. The scheduling conference shall be held no later than **SEPTEMBER 1, 2022.**

New Orleans, Louisiana, this __15th__ day of July, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[7] R. Doc. 19.