UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
)
JOSHUA WILSON,                      )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Case No. 2:21-cv-00992
                                    )
JOSEPH P. LOPINTO III, et al.       )   SECTION: R (3)
                                    )
    Defendants.                     )
_____ )

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed by William Most (Louisiana Bar Roll No. 36914) and Caroline Gabriel (Louisiana Bar Roll No. 38224) of the law firm of Most & Associates;

**IT IS ORDERED** that the Motion to Withdraw is GRANTED;

**IT IS FURTHER ORDERED** that William Most and Caroline Gabriel of the law firm of Most & Associates be and hereby are withdrawn as counsel of record for Plaintiff Joshua Wilson in the above captioned matter.

New Orleans, Louisiana, this __4th__ day of _____August_____, 2022.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**